# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE SWALL,<br><br>Defendant. | Case No. 1:20-cv-00384-NONE-SAB<br><br>ORDER DENYING KAITLYN E. LUTHER'S APPLICATION TO PROCEED *PRO HAV VICE* WITHOUT PREJUDICE<br><br>(ECF No. 4) |

On March 13, 2020, North American Company for Life and Health Insurance ("Plaintiff") filed this action. Along with the complaint, an application to proceed *pro hac vice* was filed by Kaitlyn E. Luther to appear as attorney for Plaintiff.

The Local Rules of the Eastern District of California provide for an attorney to appear *pro hac vice* by filing an application with the court. L.R. 180. Pursuant to the rule, the attorney is to submit a certificate of good standing from the court in the attorney's state of primary practice. L.R. 180(b)(2)(i). Plaintiff's application does not include the required certificate of good standing.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Kaitlyn E. Luther's application to appear *pro hac vice* is DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated:  **March 16, 2020**

UNITED STATES MAGISTRATE JUDGE