# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHELLE SWALL,<br><br>        Defendant. | Case No. 1:20-cv-00384-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 21) |

On March 13, 2020, North American Company for Life and Health Insurance ("Plaintiff") filed this action. (ECF No. 1.) On June 23, 2020, the Court issued a scheduling order setting among other deadlines, a non-expert discovery deadline of April 15, 2021. (ECF No. 14.) On April 12, 2021, the parties filed a stipulated request to modify the non-expert discovery deadline. (ECF No. 21.) The parties explain that due to scheduling issues, the parties were unable to schedule a third party deposition prior to the deadline, and request an extension of approximately thirty (30) days. (Id.) The Court finds good cause to grant the requested modification.

/ / /

/ / /

/ / /

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1.     Non-Expert Discovery Deadline: May 13, 2021.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **April 12, 2021**

_____
UNITED STATES MAGISTRATE JUDGE