1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,

12 | Plaintiff,

13 | v.

14 | MICHELLE SWALL,

15 | Defendant.

16

Case No.  1:20-cv-00384-NONE-SAB

ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER

(ECF No. 27)

17

18    On March 13, 2020, North American Company for Life and Health Insurance

19 ("Plaintiff") filed this action.  (ECF No. 1.)  On June 23, 2020, the Court issued a scheduling

20 order.  (ECF No. 14.)  On April 12, 2021, the Court granted an extension of the non-expert

21 discovery deadline.  (ECF No. 22.)  On  May 18, 2021, following a conference with the parties,

22 the Court issued a second amended scheduling order setting new pretrial discovery deadlines, a

23 new dispositive motion filing deadline, and a new date for a pretrial conference.  (ECF No. 26.)

24    On June 15, 2021, the parties filed a stipulation requesting the non-expert discovery

25 deadline be extended an additional two-weeks from the current deadline of June 15, 2021, due to

26 issues of a proposed deposition witness not communicating with counsel regarding scheduling.

27 (ECF No. 27.)  The Court finds good cause to grant the stipulated two-week extension.

28 / / /

1

1    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order

2 is further modified as follows:

3    1.    Non-Expert Discovery Deadline: June 29, 2021.

4 All other dates and aspects of the scheduling order, as previously modified, shall remain in

5 effect.

6

7 IT IS SO ORDERED.

8 Dated:    **June 15, 2021**

   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28