# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHELLE SWALL,<br><br>        Defendant. | Case No.  1:20-cv-00384-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 26, 30) |

On March 13, 2020, North American Company for Life and Health Insurance ("Plaintiff") filed this action.  (ECF No. 1.)  On May 18, 2021, the Court issued a second amended scheduling order.  (ECF No. 26.)  No trial date is set in this action.  The dispositive motion filing deadline is currently October 15, 2021, and a pretrial conference date is set for July 18, 2022, before the District Judge.  (Id.)  On October 14, 2021, the parties filed a stipulated request to extend the deadline for the filing of dispositive motions.  (ECF No. 30.)

The parties proffer that Plaintiff is prepared to file its motion for summary judgment before the current deadline, however, the supporting documents contain a deceased individual's private medical and identity information, as well as Plaintiff's confidential underwriting guidelines.  (Id. at 2.)  Plaintiff intends to file a request to seal documents as to such documents. (Id.)  However, counsel has been informed that due to the judicial emergency, there is no

1  identifiable potential timeline for the review of the request to seal.  (Id.)  Counsel have met and

2  conferred and Defense counsel has agreed not to oppose the request to seal.  (Id.)  The parties

3  have also agreed that the prudent course of action to address the potential delay the request to

4  seal documents may create, is to extend the existing dispositive motion filing deadline to seven

5  (7) days after the Court issues an order on the request to seal the documents relating to the

6  forthcoming motion for summary judgment.  (Id.)  The Court finds good cause to grant the

7  stipulated request.

8        Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order

9  is further modified as follows:

10        1.        Dispositive Motion Filing Deadline: Seven (7) days after the Court issues an order

11                  on Plaintiff's request to seal documents related to its motion for summary

12                  judgment.

13  All other dates and aspects of the scheduling order, as previously modified, shall remain in

14  effect.

15

16  IT IS SO ORDERED.

17  Dated:    **October 14, 2021**                  _____

18                                                 UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2