# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE SWALL,<br><br>Defendant. | Case No. 1:20-cv-00384-NONE-SAB<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 14, 26, 29, 31, 50) |

On November 15, 2021, the parties filed a stipulated request to extend the discovery deadlines in the October 14, 2021 scheduling order (ECF No. 31). (ECF No. 50.) The parties seek to modify the schedule to permit additional time for their respective motions to seal the oppositional and reply briefings to be reviewed and ruled on by the District Judge as relating to the motion for summary judgment, which is also sealed and currently pending before the Court. The parties further proffer the requested modifications serve the interest of conserving resources of the parties and the Court during this judicial emergency. No trial date is set in this action. The Court finds good cause exists to grant the requested stipulated relief.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified to revise the parties' deadlines as follows:

1. Defendant's request to seal its opposition to North American Company's motion

for summary judgment, with the opposition brief attached, is due by December 14, 2021;

2. Defendant's opposition to North American Company's motion for summary judgment is to be filed, under seal, within 7 days of an order on Defendant's request to seal;

3. Plaintiff's request to seal its reply in support of its motion for summary judgment, with the reply brief attached, is due on the 30th day following the filing of Defendant's opposition brief under seal, or on or before January 25, 2022, whichever occurs first; and

4. Plaintiff's reply in support of its motion for summary judgment is to be filed, under seal, within 7 days of an order on Plaintiff's request to seal.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 16, 2021**

UNITED STATES MAGISTRATE JUDGE